UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
THE PHILADELPHIA INDEMNITY INSURANCE　　　　　:
COMPANY,　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　Plaintiff,　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　:　　23 Civ. 726 (PAE)
　　　　　　　　-v-　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　:　　　　ORDER
CONGREGATION EMANU-EL OF THE CITY OF　　　　 :
 NEW YORK ET AL.,　　　　　　　　　　　　　　　　　 :
　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　Defendants.　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
------------------------------------------------------------------------ X

PAUL A. ENGELMAYER, District Judge:

　　　On May 30, 2023, the parties notified the Court that they had resolved their discovery dispute as to, *inter alia*, the underwriting of the insurance policy at issue. *See* Dkts. 18, 19. The Court respectfully directs the Clerk of Court to close the motion pending at docket number 18.

　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Paul A. Engelmayer*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Paul A. Engelmayer
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated:　May 31, 2023
　　　　　New York, New York